# Court of Appeals
# of the State of Georgia

ATLANTA,  April 14, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0321. SAMUEL FRANK COOPER v. MCCALLA RAYMER LEIBERT PIERCE, LLC.

In this civil action, Samuel Frank Cooper has filed a discretionary application from the trial court's order denying his motion to recuse. We, however, lack jurisdiction.

"Denials of motions to recuse are interlocutory in nature. An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)," including obtaining a certificate of immediate review within ten days of the order sought to be appealed. See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002); see also *Rolleston v. Glynn County Bd. of Tax Assessors*, 213 Ga. App. 552, 553 (445 SE2d 345) (1994). OCGA § 5-6-35, the discretionary appeal statute, "does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Cooper's failure to comply with the interlocutory appeal procedures and obtain a certificate of immediate review deprives this Court of jurisdiction over this application.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*___04/14/2025_____

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*